# Wabash Valley Armory
## 3203 S. 7th St.
## Terre Haute, IN 47802

# Customer Sales Receipt

Date: 11/7/2020
F4473: 8242

Sold To: GABRIELLA LAKIN
638 N 9TH ST
CLINTON, IN 478420000

Sale Reference: LAKIN, GABRIELLA 11/07/2020 18:10:50.836

| Trx Type | Quantity | Price | Taxable | Discount | Extended Price |
|---|---|---|---|---|---|
| Firearm | 1 | $1,800.00 | Yes | $0.00 | $1,800.00 |

| Seq | Manufacturer | Model | Serial Number | Type | Caliber/Gauge |
|---|---|---|---|---|---|
| 9050 | IWI US | TAVOR | T2003838 | Rifle | 5.56 |

Approval: 101P5N9CC

| Trx Type | Quantity | Price | Taxable | Discount | Extended Price |
|---|---|---|---|---|---|
| Inventory | 2 | $35.99 | Yes | $0.00 | $71.98 |

MAGTECH 556A

| | |
|---|---|
| SubTotal: | $1,871.98 |
| Tax: | $131.04 |
| Total: | $2,003.02 |
| PrevPmts: | $2,003.02 |
| Payment: | $0.00 |
| Balance: | $0.00 |

Thanks for shopping with us.
Don't forget to come back with some friends.
*************************** Have a nice day! ***************************
Call us anytime at 812-917-4364 for the best deals in town. Quality & Service above all else!.

All Lay-a-Ways, Must be picked up in 90 Days !If Lay-A way is cancelled at any time the 20% is not refundable . All sales are final

- Page 1/1 -

I, Brandon Neff
is selling my
Taurus 9mm to
Gabriella Lakin on
July 7th for 300$

Brandon Neff

Gabriella Lakin

**CARSON FIREARMS**

MACK ADAMS
812-239-7583
552 E Springhill Dr
Terre Haute, IN 47802
CARSONGUNS@YAHOO.COM

CZ-USA
PROTECT · HUNT · COMPETE

Mon-Fri 10-7 Sat 10-5

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

OMB No. 1140-0020

184-35

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Serial Number (if any): 11181

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Mossberg | 500A | R904383 | Shotgun | 12ga |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred: ONE

7. Check if any part of this transaction is a pawn redemption. ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name
- Last Name: Lakin
- First Name: Gabriella
- Middle Name: Paige

10. Current State of Residence and Address
- Number and Street Address: 7658 US Hwy 41
- City: Rosedale
- State: IN
- ZIP Code: 47874
- County: Parke

11. Place of Birth: Terre Haute, IN
12. Height: 5 ft 2 in
13. Weight: 190 lbs
14. Sex: ☑ Female
15. Birth Date: 08 / 06 / 1999

18.a. Ethnicity: ☑ Not Hispanic or Latino
18.b. Race: ☑ White

19. Country of Citizenship: ☑ United States of America (U.S.A.)

21.
a. Are you the actual transferee/buyer of the firearm(s)? **Yes** ☑
b. Are you under indictment or information in any court for a felony...? **No** ☑
c. Have you ever been convicted in any court... of a felony...? **No** ☑
d. Are you a fugitive from justice? **No** ☑
e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **No** ☑

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | | ☒ |
| j. | Have you ever renounced your United States citizenship? | | ☒ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | ☒ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | | |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date |
|---|---|
| *Gabrielle Saks* (signature) | Month 11 Day 5 Year 2020 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| ☐ Handgun  ☒ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.) | Name of Function: _____  City, State: _____ |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) |
|---|---|---|
| IN DL | 6278-84-0103 | Month 08 Day 06 Year 2026 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):
PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any):

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 11 Day 05 Year 2020 | 101P1F378 |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed  ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]  ☐ Denied  ☐ Cancelled | ☐ Proceed _____ (date)   ☐ Overturned  ☐ Denied _____ (date)  ☐ Cancelled _____ (date)  ☐ No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:
_____ (date).  ☐ Proceed   ☐ Denied   ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)  _____ (number) | |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive

## STATEMENT OF GABRIELLA (KNOWN AS GABBY) LAKIN
## 7658 U.S. Hwy 41, Rosedale, Indiana 47814

Q. Gabby would you state your full name please.

A. Gabriella Lakin

Q. And you are in the law office of Smock & Etling today to give me a statement?

A. Yes, sir.

Q. And you are doing that voluntarily?

A. Yes, sir.

Q. And you called me indicating that you had some information that might be pertinent to this case, is that correct?

A. Yes, sir.

Q. Okay. Now you were at a house on Schaal Avenue on or about November 8 of 2020, is that correct?

A. Yes, sir.

Q. Do you know who lived in that house?

A. Yes, sir.

Q. And who was that?

A. Matt

Q, Matthew Beeler?

A. Yes

Q. Okay. Now what had you been doing that day earlier before you went to that house?

A. Christmas shopping.

Q. And were you with anybody when you were Christmas shopping or by yourself?

A. I was by myself.

Q. Did you while you were Christmas shopping purchase any firearms.

A. Yes, sir.

Q. What type of firearms did you purchase?

A. A Mossberg and...

Q. Various long guns and...

A. Yes, and different types of guns.

Q. And do you remember where you purchased them?

A. Yes, Wabash Armory and Carson's.

Q. Okay. And did you pay for them?

A. Yes, I paid for them.

Q. And did you get receipts for those guns?

A. The police have the receipts but I will be going to the gun store to get another receipt.

Q. And you purchased them and the guns are in your name?

A. Yes.

Q. Okay. Who were you going to give the guns to?

A. I was buying them for my step-dad for Christmas.

Q. Does he like guns?

A. Yes. He was in the military for nine (9) years and likes guns.

Q. Okay. Now you had them in your vehicle, is that correct?

A. Yes, sir.

Q. How did they get from your vehicle into the house on Schaal Avenue?

A. I took them in because I did not want them to get stolen.

Q. You did not think it was safe to leave them outside?

A. In the backseat, yes.

Q. Now when you were in the house on Schaal Avenue did you have a medical emergency?

A. Yes, I did.

Q. And what was that?

A. I overdosed.

Q. You overdosed?

A. Yes.

Q. Okay. What is the next thing that you remember from your overdose? How did you get back from the overdose?

A. I got Narcan and then everybody was split up.

Q. Now you got the drug Narcan and that brought you back from the overdose, correct?

A. Yes, sir.

Q. And the police were at the house but you do not remember too much about it because you had overdose?

A. Yes, sir.

Q. What did the police do with you?

A. They placed me in the back of a cop car.

Q. Okay. About how long do you think you were in that cop car?

A. An hour, an hour and a half?

Q. Okay. Did they take any statements from you?

A. No.

Q. Did they arrest you?

A. No.

Q. Did they say you may or may not be arrested?

A. They said that I could be arrested at the Court date for being a common nuisance.

Q. Okay. But you have not been arrested correct?

A. No, sir.

Q. Do you have any criminal record?

A. No, sir.

Q. Where did you go to school?

A. Riverton Park.

Q. Do you have children?

A. Yes, I have two, twins.

Q. Two, twins. How old are your twins?

A. One.

Q. Do you have hopes of getting these guns back?

A. Yes, sir.

Q. And you will try to get those receipts and any documentation that you have that might show that you had purchased these weapons, is that correct?

A. Yes, sir.

Q. Okay. Do you know where you got the money to purchase these weapons?

A. Uhm, yes. My ex sold his motorcycle and he gave me half of the money from selling his motorcycle and I do odd jobs for people.

Q. So, your ex-boyfriend gave you…

A. Half of the money that he sold his motorcycle for and I mow grass and rake leaves for people.

Q. How did you happen to be over at the house? Was there a reason you stopped in? To see your boyfriend or…? Or you knew he was there is that correct?

A. Yeah, I knew he was there and I had not seen Matt in a long time so I just wanted to check in on him.

Q. Okay. Is there anything that I have not asked you that you think is relevant?

A. No, sir.

Q. It is hard to pick up with masks on because we have to socially distance…did you say no?

A. Yes, I said no sir.

Q. Okay. And are you giving this statement voluntarily and nobody had coerced you into giving this statement?

A. Yes, sir.

Q. Yes, nobody is?

A. Yes, sir I am giving it voluntarily.

Q. Okay. And is everything you told me the truth to the best of your knowledge.

A. Yes it is.

Q. And you would be willing, once this is typed up, to review it if necessary and sign it?

A. Yes.

Q. And you also will see if you can get to me that documentation showing that you purchased the guns and that you own the guns?

A. Yes.

Q. Thank you very much.

A. Your welcome.

    I have read the above statement and it is correct other than one gun that I did not purchase was a Sears and Roebuck gun which was offered to me, but I did not buy it. The person had brought it by the house, and I decided I did not want this particular gun. Apparently, the person may have left it at the house I am really not certain, but they brought it by for me to look at.

*Gabriella Lakin* (signature)
Gabriella Lakin

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned, a Notary Public, in and for said County and State, this 1st day of December, 2020, personally appeared Gabriella Lakin, said person being over the age of 18 years, and acknowledged the execution of the foregoing instrument.

My Commission Expires: May 27, 2021
Commission Number: 0644721

_Erin M. Lahr_, Notary
Vigo County, Indiana

ERIN M LAHR
Notary Public, State of Indiana
Vigo County
Commission # 0644721
My Commission Expires
May 27, 2021